UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

STEVEN LYNN DEEM CIVIL ACTION NO. 13-2297

VERSUS JUDGE S. MAURICE HICKS, JR.

WARDEN, CADDO CORRECTIONAL MAGISTRATE JUDGE HORNSBY
CENTER

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 24), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Amend Complaint (Record Document 22) is **DENIED** and the petition for writ of habeas corpus relief is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 30th day of July, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE